## MORELAND v. STATE.
### No. 16082.

Court of Criminal Appeals of Texas.
June 7, 1933.

Rehearing Denied June 21, 1933.

Alex P. Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for child desertion; punishment being a fine of $150 and confinement in the county jail for six months.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.